1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
4  Fax: 650.843.4001
   Email: mriechert@morganlewis.com
5
   Attorney for Defendant
6  NEW YORK LIFE INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ARELENE BENIGNI,                    Case No. 08 3110

12           Plaintiff,                DEFENDANTS' DISCLOSURE
                                       STATEMENT PURSUANT TO
13     vs.                             FED.R.CIV.P. 7.1

14 NEW YORK LIFE INSURANCE
   COMPANY, and DOES 1 through 10,
15
             Defendants.
16

17 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
   DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:
18
19     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for New York

20 Life Insurance Company hereby represents that New York Life Insurance Company is a publicly

21 held corporation. It has no parent corporation, and no publicly traded corporation holds ten

22 percent or more of its stock.

23 Dated: June 26, 2008                MORGAN, LEWIS & BOCKIUS LLP

24                                     By /s/ Melinda S. Riechert
                                          Melinda S. Riechert
25                                        Attorney for Defendant
                                          NEW YORK LIFE INSURANCE COMPANY
26

27

28
MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW      1-SF/7717603.1          1              DEFENDANTS' DISCLOSURE
   PALO ALTO                                                 STATEMENT PURSUANT TO
                                                             FED.R.CIV.P. 7.1

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

Attorney for Defendants
NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARELENE BENIGNI,

    Plaintiff,

vs.

NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10,

    Defendants.

Case No. 08

**DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Local Rule 3-16, Defendant New York Life Insurance Company through its undersigned counsel, hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 26, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
    Melinda S. Riechert
    Attorney for Defendant
    NEW YORK LIFE INSURANCE COMPANY