MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

Attorney for Defendants
NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARELENE BENIGNI,

    Plaintiff,

vs.

NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10,

    Defendants.

Case No. 08

**DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**

EMC

Pursuant to Local Rule 3-16, Defendant New York Life Insurance Company through its undersigned counsel, hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 26, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
    Melinda S. Riechert
    Attorney for Defendant
    NEW YORK LIFE INSURANCE COMPANY