1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2122
   Tel: 650.843.4000
4  Fax: 650.843.4001
   E-mail:  mriechert@morganlewis.com
5

6  Attorney for Defendant
   NEW YORK LIFE INSURANCE COMPANY
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 ARELENE BENIGNI,                    Case No. CV-08-3110

12              Plaintiff,              **CERTIFICATE OF SERVICE**

13       vs.

14 NEW YORK LIFE INSURANCE
   COMPANY, and DOES 1 through 10,
15
                Defendants.
16

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7720941.1                        1                    CERTIFICATE OF SERVICE
                                                           CASE NO. CV 08-3110

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market Street, Spear Street Tower, San Francisco, California 94105.

On June 27, 2008, I served the within document(s):

**DEFENDANT NEW YORK LIFE INSURANCE COMPANY'S NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery.

| | |
|---|---|
| Kathleen A. McCormac, Esq.<br>McCormac & Associates<br>655 Montgomery Street, Suite 1200<br>San Francisco, CA 94111 | Attorneys for Plaintiff<br>Arelene Benigni<br><br>**VIA FEDERAL EXPRESS** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 27, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Jasmine Dizon