MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

Attorney for Defendant
NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARELENE BENIGNI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. CV 08-3110 EMC<br><br>**DEFENDANTS' AMENDED DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant New York Life Insurance Company ("New York Life"), by and through its attorneys, Morgan, Lewis and Bockius LLP, hereby states as follows:

1. New York Life has no parent corporation.
2. No publicly traded corporation holds ten percent or more of its stock.
3. As of March 31, 2008, New York Life's ownership interest in Express Scripts, Inc. was approximately 8%.

Dated: July 3, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _/s/ Melinda S. Riechert_
Melinda S. Riechert
Attorney for Defendant
NEW YORK LIFE INSURANCE COMPANY