**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4    ARLENE BENIGNI,                                              No. C 08-03110 TEH

5                    Plaintiff,                                    **Clerk's Notice
                                                                  Scheduling Case
6        v.                                                       Management Conference
                                                                  on Reassignment**
7    NEW YORK LIFE INSURANCE CO.,

8                    Defendant.

9    _____/

10   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on
     the attached certificate of service)
11

12   YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for

13   **Monday, 10/27/08** at **1:30 PM** before the Honorable Thelton E. Henderson upon reassignment.

14   Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate

15   Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case

16   management conference statement.

17

18   For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's

19   website at **www.cand.uscourts.gov**.

20

21

22   Dated: July 31, 2008                                    FOR THE COURT,

23                                                           Richard W. Wieking, Clerk

24                                                           By:_____
                                                                R. B. Espinosa
25                                                              Deputy Clerk

26

27

28