MELINDA S. RIECHERT, State Bar No. 65504
SAMANTHA R. ZENACK, State Bar No. 256673
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

KATHLEEN A. McCORMAC, State Bar No. 159012
SETH R. MERRICK, State Bar No. 231607
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: 415.399.1722
Fax: 415.399.1733

Attorneys for Plaintiff
ARLENE BENIGNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARELENE BENIGNI,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | Case No. CV 08-3110 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE**<br><br>CMC Date:   January 12, 2009<br>Room:           Courtroom 12<br>Time:            1:30 p.m.<br>Judge:          Thelton E. Henderson<br><br>Date of Filing:      June 26, 2008 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20957999.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CMC AND MEDIATION DEADLINE
CASE NO. CV 08-3110 TEH

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-
2  captioned matter, and by and between their undersigned counsel, as follows:
3     1.   On Monday, October 27, 2008, a Case Management Conference was held in the
4  instant matter. The Court informed the parties that if they were unable to conduct mediation prior
5  to the next scheduled Case Management Conference on January 12, 2009, they should alert the
6  Court.
7     2.   The parties have diligently made arrangements to select a mediation date which is
8  convenient for all parties. The parties' mediation is scheduled to occur on February 25, 2009.
9     3.   Accordingly, the parties respectfully request that the Court extend the ninety (90)
10 day mediation deadline by an additional sixty (60) days and continue the Case Management
11 Conference to March 16, 2009.

13 Dated: December 31, 2008

    MORGAN, LEWIS & BOCKIUS LLP

By _____
    Samantha R. Zsack

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

19 Dated: December 31, 2008

    McCORMAC & ASSOCIATES

By _____
    Seth R. Merrick

Attorneys for Plaintiff
ARLENE BENTON

**ORDER**

IT IS SO ORDERED:
Dated: ~~December ___, 2008~~
January 5, 2009

_____
Honorable Thelton E. Henderson

Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20957999.1                                1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CMC AND MEDIATION DEADLINE
CASE NO. CV 08-3110 TEH