KATHLEEN A. McCORMAC, State Bar No.159012
SETH R. MERRICK, State Bar No. 231607
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733
E-mail: SMerrick@McCormaclaw.com

Attorneys for Plaintiff
ARLENE BENIGNI

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

SAMANTHA R. ZENACK, State Bar No. 256673
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
E-mail:  szenack@morganlewis.com

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BENIGNI,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE, and DOES 1 to 10, inclusive,<br><br>        Defendant. | Case No. C 08-03110 TEH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

1      BASED UPON the parties' Joint Stipulation,

2      IT IS HEREBY ORDERED AND ADJUDGED:

3      The complaint against Defendant is hereby dismissed with prejudice, and each party is to bear their own costs and attorneys' fees.

5      IT IS SO ORDERED:

7      Dated: March 10, 2009

HONORABLE THELTON E. HENDERSON

*[Signature seal: Judge Thelton E. Henderson, United States District Court, Northern District of California, 03/11/09]*

DB2/21035708.1

1

[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE
(CASE NO.: C 08-03110 TEH)